IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ANTHONY BRODZKI, | * |
| Plaintiff, | * |
| vs. | *   No. 4:11cv00127 SWW |
| UNITED STATES OF AMERICA via THE DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 16th day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE